UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL Master Docket No.: 1:14-cv-01748<br><br>MDL No. 2545<br><br>SECTION L<br><br>JUDGE Matthew F. Kennelly |

**THIS DOCUMENT RELATES TO:**

<u>JOHN BORRECA *1:16-CV-00800*</u>

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice against all defendants pursuant to FRCP 41. Plaintiff's parallel filing shall remain unaffected by this stipulation.

Dated:  November 21, 2017                /s/  Christopher T. Kirchmer

                                                                          *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Christopher T. Kirchmer

Christopher T. Kirchmer

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendants do not oppose the relief sought in this motion.

/s/ Christopher T. Kirchmer

Christopher T. Kirchmer
